IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILMINGTON TRUST, N.A., as Trustee of ARLP SECURITIZATION TRUST, SERIES 2014-2, § § § § | | |
| Plaintiff, § | | |
| v. § | 1:15-CV-552-RP | |
| § | | |
| ANGEL ROB and KCEVIN ROB, § § § | | |
| Defendants. § | | |

## FINAL JUDGMENT

On May 21, 2018, the Fifth Circuit Court of Appeals reversed the judgment of this Court and rendered judgment in this case. (*See* Dkt. 57). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 13, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE